UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK JONATHAN GOSSETT,

                Petitioner,

   v.

JASON BENNETT,

                Respondent.

CASE NO. 3:24-cv-05131-RAJ-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections[1] to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal habeas Petition is dismissed with prejudice.

(3) All pending Motions (Dkts. # 7, 23, 28, 30, 34) are denied as moot.

(3) A certificate of appealability is denied in this case.

(4) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. Grady J. Leupold.

DATED this 21st day of August, 2024.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

---

[1] Petitioner filed other motions after the publication of the Report and Recommendation. The Court has reviewed and considered these motions. Dkts. # 28, 30, 34. In adopting the Report & Recommendation, the Court construes these motions as objections.